UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANS LANTING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SCHOLASTIC INC.,<br><br>        Defendant. | Case No. 15-cv-05671-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Conference Statement. (Dkt. No. 34.)  Pursuant to that Statement, the parties are referred to the Court's ADR program for mediation to occur in the next 90 days.  The case management conference scheduled for June 2, 2016 is continued to October 6, 2016 at 1:30 p.m.  If the case has not resolved by that time, the Court will discuss with the parties referral to a magistrate judge for a settlement conference.  All other dates remain the same.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge