| | |
|---|---|
| Christopher Seidman (SBN 98884)<br>Harmon & Seidman LLC<br>101 South Third Street, Suite 265<br>Grand Junction, Colorado 81501<br>(970) 245-9075<br>E-mail:  chris@harmonseidman.com<br><br>Alex Rice Kerr (SBN 264821)<br>Harmon & Seidman LLC<br>PO Box 3097<br>Jackson, WY 83001<br>(970)-270-4718<br>alex@harmonseidman.com<br><br>*Attorneys for Plaintiff Frans Lanting, Inc.* | Jeremy S. Goldman (SBN 306943)<br>1801 Century Park East, 25th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 579-9600<br>Facsimile: (310) 579-9650<br>jgoldman@fkks.com<br>shartman@fkks.com<br><br>Edward Rosenthal (admitted *Pro Hac Vice*)<br>Craig B. Whitney (SBN 217673)<br>488 Madison Avenue, 10th Floor<br>New York, NY 10022<br>Telephone: (212) 980-0120<br>Facsimile: (212) 593-9175<br>cwhitney@fkks.com<br><br>*Attorneys for Scholastic, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANS LANTING, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.<br><br>       Defendant. | Case No.  15-cv-05671-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT** |

The Parties to the above-entitled action jointly submit this UPDATED CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT pursuant to Civil Local Rule 16-9 and the Court's order (Doc. 44).

The Parties have reached a settlement in principle for all claims at issue and are in the process of executing a confidential settlement agreement.  Once completed the Parties will file a joint stipulation to dismiss this action.

Dated: November 4, 2016         *s/ Alex Rice Kerr*

                                Counsel for Plaintiff Frans Lanting, Inc.


Dated: November 4, 2016         *s/ Craig Whitney*

                                Counsel for Defendant Scholastic, Inc.